COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant THOMAS T. YU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS S. WU, EBRAHIM SHABUDIN, THOMAS T. YU and CRAIG S. ON,<br><br>    Defendants. | CASE NO. C 11-04988 JSW<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   April 13, 2012<br>Time:   9:30 a.m.<br>Crtrm.:  11, 19th floor<br><br>Hon. Jeffrey S. White |

By Order of this Court dated November 28, 2011, this matter is currently set for a Case Management Conference on April 13, 2012.  The parties jointly request that this Conference be continued 35 days, until May 18, 2012.  The parties have conferred and request continuance of the conference and related dates to permit the defendants to resolve outstanding issues related to discovery in two parallel proceedings that will affect the discovery in this case.

Two defendants in this case, Ebrahim Shabudin and Thomas Yu, are also subject to pending criminal charges in a related criminal action pending before this Court (U.S. v. Ebrahim Shabudin and Thomas Yu, Case No. CR-11-0662-JSW).  Both of these defendants, as well as the third defendant in this case, Thomas Wu, are also named in pending enforcement proceedings brought by the Federal Deposit Insurance Corporation ("FDIC").  In those cases, the defendants are negotiating with the Department of Justice and the FDIC regarding efficient and

683417.1                                                                                                                C 11-04988 JSW
STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1  comprehensive access to the large volume of documents relating to United Commercial Bank and
2  UCBH Holdings, Inc. The resolution of those issues would have a significant impact on the
3  discovery in this case, and it would save the time and resources of the Court and the parties to
4  discuss a plan for of discovery in this case after resolution of discovery issues in the parallel cases.
5      Accordingly, the parties to this civil action request that the Court continue the Case
6  Management Conference in this case to May 18, 2011. The parties will file a Joint Case
7  Management Conference Statement five court days prior to the conference.
8      The parties also stipulate they will exchange Initial Disclosures under Rule 26(a)(1) of the
9  Federal Rules of Civil Procedure on or before May 11, 2012.
10     So stipulated:

12 DATED: March ___, 2012

14 By: /s/
15 Lloyd A. Farnham
    Attorney for Plaintiff SECURITIES AND
    EXCHANGE COMMISSION

17 DATED: March ___, 2012     COOPER, WHITE & COOPER LLP

19 By: /s/
    Stephen Kaus
20  Attorneys for Defendant THOMAS T. YU

21 DATED: March ___, 2012     ROPERS MAJESKI KOHN BENTLEY, PC

23 By: /s/
    James A. Lassart
24  Attorney for Defendant EBRAHIM
    SHABUDIN

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

683417.1     2    C 11-04988 JSW
STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  DATED: March ___, 2012                    LATHAM & WATKINS LLP

2

3                                            By:  /s/_____
                                                  Steven M. Bauer
4                                                 Attorney for Defendant THOMAS S. WU

5  The Court HEREBY CONTINUES the case management conference to May 25, 2012 at 1:30 p.m.

6  SO ORDERED:

7  DATED: April 2, 2012

8
                                             _____
9                                            Jeffrey S. White
                                             United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111