1  MARC J. FAGEL (Cal. Bar No. 154425)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  ROBERT L. MITCHELL (Cal. Bar No. 161354)
3      mitchellr@sec.gov
   LLOYD FARNHAM (Cal. Bar No. 202231)
4      farnhaml@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, 26th Floor
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
8

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 11-CV-4988 JSW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| v. | |
| THOMAS S. WU, EBRAHIM SHABUDIN, and THOMAS T. YU, | Case Management Conference |
| Defendants. | Date:   May 25, 2012<br>Time:   1:30 p.m.<br>Honorable Jeffrey S. White<br>Courtroom 11, 19th Floor |

21

22      In advance of the Case Management Conference scheduled before the Court on May 25,

23  2012, the above parties submitted a Joint Case Management Statement on May 18, 2012, along

24  with a request to continue the Case Management Conference to a later date.  The parties now

25  submit this separate Stipulation to Continue Case Management Conference and Proposed Order,

26  requesting the Court continue the Case Management Conference to June 22, 2012, at 1:30 p.m.

27      As set forth in the Joint Case Management Statement, there are significant issues

28  regarding the discovery in this case that may be affected by proceedings in a related criminal

1  case pending before this Court.  The parties in the criminal case are scheduled to appear for a
2  Status Conference before this Court on June 7, 2012.
3        The parties believe that it is premature to set a schedule for discovery, pretrial, and trial at
4  this time.  The defendants named in the related criminal case, pending before this Court, and the
5  parties to the administrative proceedings before the Federal Deposit Insurance Corporation
6  ("FDIC"), are conferring regarding defendants' access to the large volume of bank documents
7  obtained by the FDIC.  In a submission to this Court in the criminal case, dated April 26, 2012,
8  the United States Attorney's Office and the Department of Justice outlined a proposal regarding
9  a DOJ-administered database of documents that would be available to the defendants in this
10 action and the related criminal and administrative cases.  The DOJ proposal is currently being
11 evaluated, and the Court rescheduled the criminal Status Conference to June 7, 2012.  The parties
12 to this case believe that it would not be productive to discuss a discovery and trial schedule in the
13 Commission's civil case until the criminal case discovery issues are resolved.
14       For the reasons discussed above, the parties jointly request and stipulate that the Case
15 Management Conference in this case be continued to June 22, 2012, or a date convenient for the
16 Court.

18 Dated:  May 21, 2012                                    Respectfully submitted,

20                                                         /s/ Lloyd Farnham
                                                           LLOYD FARNHAM
21                                                         Attorneys for Plaintiff
                                                           SECURITIES AND EXCHANGE COMMISSION

23                                                         /s/ Steven Bauer
                                                           STEVEN M. BAUER
24                                                         Latham & Watkins LLP
                                                           505 Montgomery Street, Suite 2000
25                                                         San Francisco, CA 94111
                                                           ATTORNEYS FOR DEFENDANT THOMAS WU

1

2     /s/ James Lassart
JAMES LASSART
3 Ropers Majeski Kohn Bentley PC
201 Spear Street, Suite 1000
4 San Francisco, CA 94105
ATTORNEYS FOR DEFENDANT EBRAHIM
5     SHABUDIN

6

7     /s/ Stephen Kaus
STEPHEN KAUS
Cooper, White & Cooper LLP
8 201 California Street, 17th Floor
San Francisco, CA 94111
9 ATTORNEYS FOR DEFENDANT THOMAS YU

10

**GENERAL ORDER 45 ATTESTATION**

11

12 In accordance with General Order 45, each of the signatories to this document have

concurred in its filing, and I shall maintain records to support these concurrences.

13

14     /s/ Lloyd Farnham
LLOYD FARNHAM
15 Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

16

17

**[~~PROPOSED~~] ORDER**

18

19 The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management
Conference currently set for May 25, 2012, is continued to ~~June 22,~~ July 6 2012, at 1:30 pm.

20

21

DATED: May 22, 2012

22

23

*/s/ Jeffrey S. White*
24 Jeffrey S. White
United States District Judge

25

26

27

28

SEC v. Wu, et al.             3         STIPULATION TO CONTINUE CASE
CASE NO. 11-CV-4988 JSW           MANAGEMENT CONFERENCE AND ORDER