| | |
|---|---|
| 1 | MARC J. FAGEL (Cal. Bar No. 154425) |
| | MICHAEL S. DICKE (Cal. Bar No. 158187) |
| 2 | ROBERT L. MITCHELL (Cal. Bar No. 161354) |
| 3 |    mitchellr@sec.gov |
| | LLOYD FARNHAM (Cal. Bar No. 202231) |
| 4 |    farnhaml@sec.gov |
| 5 | Attorneys for Plaintiff |
| | SECURITIES AND EXCHANGE COMMISSION |
| 6 | 44 Montgomery Street, 26th Floor |
| | San Francisco, California 94104 |
| 7 | Telephone: (415) 705-2500 |
| 8 | Facsimile: (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>THOMAS S. WU, EBRAHIM SHABUDIN, and THOMAS T. YU,<br><br>      Defendants. | Case No. 11-CV-4988 JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br><u>Case Management Conference</u><br>Date: May 25, 2012<br>Time: 1:30 p.m.<br>Honorable Jeffrey S. White<br>Courtroom 11, 19th Floor |

In advance of the Case Management Conference scheduled before the Court on May 25, 2012, the above parties submitted a Joint Case Management Statement on May 18, 2012, along with a request to continue the Case Management Conference to a later date. The parties now submit this separate Stipulation to Continue Case Management Conference and Proposed Order, requesting the Court continue the Case Management Conference to June 22, 2012, at 1:30 p.m.

As set forth in the Joint Case Management Statement, there are significant issues regarding the discovery in this case that may be affected by proceedings in a related criminal

1  case pending before this Court.  The parties in the criminal case are scheduled to appear for a
2  Status Conference before this Court on June 7, 2012.
3        The parties believe that it is premature to set a schedule for discovery, pretrial, and trial at
4  this time.  The defendants named in the related criminal case, pending before this Court, and the
5  parties to the administrative proceedings before the Federal Deposit Insurance Corporation
6  ("FDIC"), are conferring regarding defendants' access to the large volume of bank documents
7  obtained by the FDIC.  In a submission to this Court in the criminal case, dated April 26, 2012,
8  the United States Attorney's Office and the Department of Justice outlined a proposal regarding
9  a DOJ-administered database of documents that would be available to the defendants in this
10 action and the related criminal and administrative cases.  The DOJ proposal is currently being
11 evaluated, and the Court rescheduled the criminal Status Conference to June 7, 2012.  The parties
12 to this case believe that it would not be productive to discuss a discovery and trial schedule in the
13 Commission's civil case until the criminal case discovery issues are resolved.
14       For the reasons discussed above, the parties jointly request and stipulate that the Case
15 Management Conference in this case be continued to June 22, 2012, or a date convenient for the
16 Court.

17

18  Dated:  May 21, 2012            Respectfully submitted,

19
20                                    /s/ Lloyd Farnham
                                LLOYD FARNHAM
21                                 Attorneys for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION
22
23                                 /s/ Steven Bauer
                                STEVEN M. BAUER
24                                 Latham & Watkins LLP
                                505 Montgomery Street, Suite 2000
25                                 San Francisco, CA 94111
                                ATTORNEYS FOR DEFENDANT THOMAS WU
26
27
28

  /s/ James Lassart
JAMES LASSART
Ropers Majeski Kohn Bentley PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
ATTORNEYS FOR DEFENDANT EBRAHIM
    SHABUDIN

  /s/ Stephen Kaus
STEPHEN KAUS
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111
ATTORNEYS FOR DEFENDANT THOMAS YU

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

  /s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[~~PROPOSED~~] ORDER**

The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management Conference currently set for May 25, 2012, is continued to ~~June 22,~~ July 6 2012, at 1:30 pm.

DATED: May 22, 2012

*/s/ Jeffrey S. White*
Jeffrey S. White
United States District Judge