COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
   skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:     (415) 433-1900
Facsimile:      (415) 433-5530

Attorneys for Defendant THOMAS T. YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>THOMAS S. WU, EBRAHIM SHABUDIN, THOMAS T. YU and CRAIG S. ON,<br><br>            Defendants. | CASE NO. C 11-04988 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     September 14, 2012<br>Time:    1:30 p.m.<br>Crtrm.:  11, Hon. Jeffrey S. White |

   This case is set for a Case Management Conference on September 14, 2012.  As the Court is aware, there are two related proceedings that affect the discovery in this matter: the criminal case against defendants Ebrahim Shabudin and Thomas Yu pending in this Court and the FDIC administrative case against all three defendants and others.[1]  According to a status report submitted in the criminal case, the Department of Justice continues to upload data to Relativity platform at the Litigation Technology Service Center (LTSC) in Columbia, South Carolina and reports that it is progressing toward making the large volume of documents obtained from United

---

[1] There is also a related civil case, *Cho et al. v. UCBH Holdings et al.*, No. C 09-4208 JSW, that is still in the pleading stage and that is expected to proceed independently with regard to discovery.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

C 11-04988 JSW
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | Commercial Bank by the FDIC available to defendants. At present, the defendants are reviewing |
| 2 | a substantial, but more limited, set of documents made available by the FDIC. The Court has been |
| 3 | requested to schedule a continued Status Conference in the criminal case for January 24, 2013. |
| 4 | The parties to this civil case brought by the SEC submit this Stipulation to Continue Case |
| 5 | Management Conference and Proposed Order, requesting the Court continue the Case |
| 6 | Management Conference to January 25, 2013, at 1:30 p.m., or a date convenient for the Court. |
| 7 | The discovery for the three cases overlaps substantially. The parties believe that it is |
| 8 | premature to set a schedule for discovery, pretrial, and trial at this time. According to the Third |
| 9 | Joint Status report in the criminal case, the DOJ project is proceeding and all materials, consisting |
| 10 | of millions of documents, are expected to be on line by November 30, 2012. Then, of course, they |
| 11 | must be reviewed with the assistance of electronic discovery techniques. The parties believe that |
| 12 | it would not be productive to discuss a discovery and trial schedule until the criminal case |
| 13 | discovery issues are resolved. |
| 14 | For the reasons discussed above, the parties jointly request and stipulate that the Case |
| 15 | Management Conference in this case be continued to January 25, 2013, or a date convenient for |
| 16 | the Court. |
| 17 | Dated: September 7, 2012            Respectfully submitted, |

s/
LLOYD FARNHAM
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

s/
STEVEN M. BAUER
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
ATTORNEYS FOR DEFENDANT THOMAS WU

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2                                              C 11-04988 JSW
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

```
                                s/
                                JAMES LASSART
                                Ropers Majeski Kohn Bentley PC
                                201 Spear Street, Suite 1000
                                San Francisco, CA 94105
                                ATTORNEYS FOR DEFENDANT EBRAHIM
                                    SHABUDIN


                                s/
                                STEPHEN KAUS
                                Cooper, White & Cooper LLP
                                201 California Street, 17th Floor
                                San Francisco, CA 94111
                                ATTORNEYS FOR DEFENDANT THOMAS YU
```

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

```
                                s/
                                Stephen Kaus
                                Attorney for Defendant Thomas Yu
```

[PROPOSED] ORDER

The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management Conference currently set for September 14, 2012, is continued to January 25, 2013, at 1:30 pm.

DATED: September 11, 2012

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

699433.2