1  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
2    skaus@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    (415) 433-1900
4  Facsimile:    (415) 433-5530

5  Attorneys for Defendant THOMAS T. YU

6

7

8                    UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  SECURITIES AND EXCHANGE            CASE NO. C 11-04988 JSW
    COMMISSION,
12                                     **STIPULATION TO CONTINUE
              Plaintiff,               CASE MANAGEMENT CONFERENCE
13                                     AND [~~PROPOSED~~] ORDER**
         vs.
14                                     Date:    September 14, 2012
    THOMAS S. WU, EBRAHIM SHABUDIN,    Time:    1:30 p.m.
15  THOMAS T. YU and CRAIG S. ON,      Crtrm.:  11, Hon. Jeffrey S. White

16            Defendants.

17

18

19        This case is set for a Case Management Conference on September 14, 2012.  As the Court

20  is aware, there are two related proceedings that affect the discovery in this matter: the criminal

21  case against defendants Ebrahim Shabudin and Thomas Yu pending in this Court and the FDIC

22  administrative case against all three defendants and others.[1]  According to a status report

23  submitted in the criminal case, the Department of Justice continues to upload data to Relativity

24  platform at the Litigation Technology Service Center (LTSC) in Columbia, South Carolina and

25  reports that it is progressing toward making the large volume of documents obtained from United

26  _____

27  [1]  There is also a related civil case, *Cho et al. v. UCBH Holdings et al.*, No. C 09-4208 JSW, that
    is still in the pleading stage and that is expected to proceed independently with regard to
28  discovery.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

                                                          C 11-04988 JSW
_____
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1   Commercial Bank by the FDIC available to defendants. At present, the defendants are reviewing

2   a substantial, but more limited, set of documents made available by the FDIC. The Court has been

3   requested to schedule a continued Status Conference in the criminal case for January 24, 2013.

4   The parties to this civil case brought by the SEC submit this Stipulation to Continue Case

5   Management Conference and Proposed Order, requesting the Court continue the Case

6   Management Conference to January 25, 2013, at 1:30 p.m., or a date convenient for the Court.

7           The discovery for the three cases overlaps substantially. The parties believe that it is

8   premature to set a schedule for discovery, pretrial, and trial at this time. According to the Third

9   Joint Status report in the criminal case, the DOJ project is proceeding and all materials, consisting

10  of millions of documents, are expected to be on line by November 30, 2012. Then, of course, they

11  must be reviewed with the assistance of electronic discovery techniques. The parties believe that

12  it would not be productive to discuss a discovery and trial schedule until the criminal case

13  discovery issues are resolved.

14          For the reasons discussed above, the parties jointly request and stipulate that the Case

15  Management Conference in this case be continued to January 25, 2013, or a date convenient for

16  the Court.

17  Dated:  September 7, 2012                   Respectfully submitted,

18

19                                              s/
                                                LLOYD FARNHAM
20                                              Attorneys for Plaintiff
                                                SECURITIES AND EXCHANGE COMMISSION
21

22                                              s/
                                                STEVEN M. BAUER
23                                              Latham & Watkins LLP
                                                505 Montgomery Street, Suite 2000
24                                              San Francisco, CA 94111
                                                ATTORNEYS FOR DEFENDANT THOMAS WU
25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2                                               C 11-04988 JSW
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

s/_____
JAMES LASSART
Ropers Majeski Kohn Bentley PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
ATTORNEYS FOR DEFENDANT EBRAHIM
    SHABUDIN


s/_____
STEPHEN KAUS
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111
ATTORNEYS FOR DEFENDANT THOMAS YU

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.


s/_____
Stephen Kaus
Attorney for Defendant Thomas Yu

## [PROPOSED] ORDER

The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management Conference currently set for September 14, 2012, is continued to January 25, 2013, at 1:30 pm.


DATED:  September 11, 2012



_____
Jeffrey S. White
United States District Judge

699433.2

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

3                                    C 11-04988 JSW
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE