1    MARC J. FAGEL (Cal. Bar No. 154425)
     MICHAEL S. DICKE (Cal. Bar No. 158187)
2    ROBERT L. MITCHELL (Cal. Bar No. 161354)
         mitchellr@sec.gov
3    LLOYD FARNHAM (Cal. Bar No. 202231)
         farnhaml@sec.gov
4
5    Attorneys for Plaintiff
     SECURITIES AND EXCHANGE COMMISSION
6    44 Montgomery Street, 26th Floor
     San Francisco, California  94104
7    Telephone:  (415) 705-2500
     Facsimile:  (415) 705-2501
8
9
10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
     SECURITIES AND EXCHANGE              Case No. 11-CV-4988 JSW
14   COMMISSION,
                                          JOINT STATUS REPORT AND
15            Plaintiff,                  STIPULATION TO CONTINUE
                                          CASE MANAGEMENT CONFERENCE
16        v.
                                          [PROPOSED] ORDER
17   THOMAS S. WU, EBRAHIM SHABUDIN,
     and THOMAS T. YU,                    Case Management Conference
18                                        Date:  January 25, 2013
              Defendants.                 Time:  1:30 p.m.
19                                        Honorable Jeffrey S. White
                                          Courtroom 11, 19th Floor
20

21

22        This case is set for a Case Management Conference on January 25, 2013.  As discussed in

23   prior joint submissions to the Count, the proceedings and discovery in this case will be affected

24   by issues also being addressed in two related proceedings, the criminal case against defendants

25   Ebrahim Shabudin and Thomas Yu pending in this Court and the FDIC administrative case

26   against all three defendants and others.  The Department of Justice continues its efforts to make

27   available to the defendants the large volume of documents obtained from United Commercial

28   Bank by the FDIC.  These documents will be made available through a platform managed by the

     SEC V. WU, ET AL.                    1              STIPULATION TO CONTINUE CASE
     CASE NO. 11-CV-4988 JSW                       MANAGEMENT CONFERENCE AND ORDER

1    DOJ's Litigation Technology Service Center in Columbia, South Carolina.  The DOJ has made

2    significant progress, but the electronic document depository is not yet accessible by the parties.

3          Because of the overlapping discovery in the three cases, the parties to the civil case

4    submit this Stipulation to Continue the Case Management Conference, requesting the Court

5    continue the Conference to April 26, 2013, at 1:30 p.m, or a date convenient for the Court.

6          The parties believe that it is premature to set a schedule for discovery, pretrial, and trial at

7    this time.  The defendants named in the related criminal case and the parties to the FDIC

8    administrative proceedings are seeking access to the large volume of documents obtained by the

9    FDIC.  The parties have been told that the discovery materials being processed by the DOJ will

10   be on line and available for searching and analysis in the next few weeks, and at that time the

11   parties can begin reviewing the documents.  The parties believe it would not be productive to

12   discuss a discovery and trial schedule until the criminal case discovery issues are resolved.

13         For the reasons above, the parties jointly request and stipulate that the Case Management

14   Conference in this case be continued to April 26, 2013, or a date convenient for the Court.

15

16   Dated:  January 17, 2013                    Respectfully submitted,

17

18
                                                 /s/ Lloyd Farnham
19                                               LLOYD FARNHAM
                                                 Attorneys for Plaintiff
20                                               SECURITIES AND EXCHANGE COMMISSION

21
                                                 /s/ Steven M. Bauer
22                                               STEVEN M. BAUER
                                                 Latham & Watkins LLP
23                                               505 Montgomery Street, Suite 2000
                                                 San Francisco, CA 94111
24                                               ATTORNEYS FOR DEFENDANT THOMAS WU

25

26

27

28

1

2
/s/ James Lassart
3 JAMES LASSART
Ropers, Majeski, Kohn & Bentley PC
1001 Marshall Street, Suite 500
4 Redwood City, CA 94063
ATTORNEYS FOR DEFENDANT EBRAHIM
5 SHABUDIN

6
/s/ Edward L. Seidel
7 EDWARD L. SEIDEL
Cooper, White & Cooper LLP
8 201 California Street, 17th Floor
San Francisco, CA 94111
9
GEORGE COTSIRILOS
10 Cotsirilos & Campisano
250 Montgomery Street, Suite 1400
11 San Francisco, CA 94104
ATTORNEYS FOR DEFENDANT THOMAS YU
12

13 **ATTESTATION REGARDING ELECTRONIC SIGNATURES**

14    In accordance with Local Rule 5-1, each of the signatories to this document have

15 concurred in its filing, and I shall maintain records to support these concurrences.

16
/s/ Lloyd Farnham
17 LLOYD FARNHAM
Attorney for Plaintiff
18 SECURITIES AND EXCHANGE COMMISSION

19

20 **[PROPOSED] ORDER**

21 The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management

22 Conference currently set for January 25, 2013, is continued to April 26, 2013, at 1:30 pm.

23

24 DATED: January 18, 2013

25

26 Jeffrey S. White
United States District Judge

27

28