MICHAEL S. DICKE (Cal. Bar No. 158187)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
   mitchellr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
   farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>THOMAS S. WU, EBRAHIM SHABUDIN, and THOMAS T. YU,<br><br>Defendants. | Case No. 11-CV-4988 JSW<br><br>JOINT STATUS REPORT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[PROPOSED] ORDER<br><br>Case Management Conference<br>Date:   April 26, 2013<br>Time:   1:30 p.m.<br>Honorable Jeffrey S. White<br>Courtroom 11, 19th Floor |

This case is set for a Case Management Conference on April 26, 2013. As discussed in prior joint submissions to the Court, the proceedings and discovery in this case will be affected by issues also being addressed in two related proceedings, the criminal case against defendants Ebrahim Shabudin and Thomas Yu pending in this Court and the FDIC administrative case against all three defendants and others. The Department of Justice (DOJ) recently completed compilation of an omnibus database to be used in all three of the aforementioned actions.

1  That database, to which the criminal defendants obtained access within the last thirty days,
2  includes some seven million documents.
3      In light of the large volume of documentary discovery contained in the newly accessible
4  DOJ Database, on April 11, 2013 the Court continued the criminal case for status conference on
5  May 30, 2013 in order to allow the parties time to evaluate that database, and to meet and confer
6  regarding case scheduling and discovery related issues. Because of the overlapping discovery in
7  the three cases, the parties to the civil case submit this Stipulation to Continue the Case
8  Management Conference, requesting the Court continue the Conference to June 21, 2013, at 1:30
9  p.m., or a date convenient for the Court.
10     The parties believe that it is premature to set a schedule for discovery, pretrial, and trial at
11 this time. The defendants named in the related criminal case and the parties to the FDIC
12 administrative proceedings are in the process of evaluating a voluminous database of newly
13 available documents compiled by the DOJ. The parties believe it would not be productive to
14 discuss a discovery and trial schedule until the criminal case discovery issues are resolved.
15     For the reasons above, the parties jointly request and stipulate that the Case Management
16 Conference in this case be continued to June 21, 2013, or a date convenient for the Court.
17
18 Dated: April 19, 2013                   Respectfully submitted,
19
20                                         /s/ Lloyd Farnham
                                        LLOYD FARNHAM
21                                         Attorneys for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION
22
23                                         /s/ Steven M. Bauer
                                        STEVEN M. BAUER
                                        Latham & Watkins LLP
24                                         505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111
25                                         ATTORNEYS FOR DEFENDANT THOMAS WU
26
27
28

/s/ James Lassart
JAMES LASSART
Ropers, Majeski, Kohn & Bentley PC
1001 Marshall Street, Suite 500
Redwood City, CA 94063
ATTORNEYS FOR DEFENDANT EBRAHIM SHABUDIN

/s/ Edward L. Seidel
EDWARD L. SEIDEL
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111

GEORGE COTSIRILOS
Cotsirilos & Campisano
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
ATTORNEYS FOR DEFENDANT THOMAS YU

In accordance with Local Rule 5-1, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[PROPOSED]** ORDER

The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management Conference currently set for April 26, 2013, is continued to June 21, 2013, at 1:30 pm.

DATED: April 22, 2013

Jeffrey S. White
United States District Judge
SEC v. WU, ET AL.  3  STIPULATION TO CONTINUE CASE
CASE NO. 11-CV-4988 JSW  MANAGEMENT CONFERENCE AND ORDER