# UNITED STATES DISTRICT COURT

## Northern District of California

SECURITIES AND EXCHANGE COMMISSION

                  Plaintiff (s),

            V.

THOMAS S. WU, EBRAHIM SHABUDIN, THOMAS T. YU, and CRAIG S. ON

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 11-04988 JSW

Notice is hereby given that, subject to approval by the court, __Ebrahim Shabudin__ substitutes (Party (s) Name)

__James A. Lassart__ (Name of New Attorney), State Bar No. __40913__ as counsel of record in place of __the law firm of ROPERS, MAJESKI, KOHN & BENTLEY.__ (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     MURPHY, PEARSON, BRADLEY & FEENEY

    Address:     88 Kearny Street, 10th Floor, San Francisco, CA 94108

    Telephone:     (415) 788-1900     Facsimile (415) 393-8087

    E-Mail (Optional):     JLassart@mpbf.com

I consent to the above substitution.

Date:     August 5, 2013

                  (Signature of Party (s))
                  Ebrahim Shabudin

I consent to being substituted.

Date:     August 5, 2013

                  (Signature of Former Attorney (s))
                  James A. Lassart for Ropers, Majeski, Kohn & Bentley

I consent to the above substitution.
Date:     August 20, 2013

                  (Signature of New Attorney)
                  Timothy Halloran for Murphy, Pearson, Bradley & Feeney

The substitution of attorney is hereby approved and so ORDERED.

Date:     August 28, 2013

                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com