| | |
|---|---|
| 1 | JINA L. CHOI (New York Bar. No. 154425) |
| 2 | MICHAEL S. DICKE (Cal. Bar No. 158187) |
|   | LLOYD FARNHAM (Cal. Bar No. 202231) |
| 3 |    farnhaml@sec.gov |
| 4 | Attorneys for Plaintiff |
|   | SECURITIES AND EXCHANGE COMMISSION |
| 5 | 44 Montgomery Street, Suite 2800 |
|   | San Francisco, California 94104 |
| 6 | Telephone: (415) 705-2500 |
| 7 | Facsimile: (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:11-cv-04988-JSW |
| Plaintiff, | JOINT ADMINISTRATIVE MOTION TO CONTINUE DISCOVERY AND TRIAL SCHEDULE |
| v. | |
| THOMAS S. WU, and THOMAS T. YU, | [~~PROPOSED~~] ORDER |
| Defendants. | |

    The Plaintiff Securities and Exchange Commission (the "Commission") submits this Joint Administrative Motion to Continue the Discovery and Trial Schedule in this case. The motion is submitted on behalf of the Commission and the remaining defendants in the action, Thomas Wu and Thomas Yu. Counsel for the parties agree that the pending criminal proceedings against Thomas Yu make it impractical to complete discovery in this case, and a trial on the civil charges against the defendants will be more efficient and expeditious after the criminal proceedings are completed. For these reasons, the parties request that the Court vacate the current discovery and trial schedule, and set a Continued Case Management Conference in

approximately six months to discuss a revised schedule in the case.

This action was filed on October 11, 2011, and named three former officers and employees of UCBH Holdings, Inc. and United Commercial Bank, Thomas Wu, Thomas Yu, and Ebrahim Shabudin. Also on that day, indictments were unsealed charging Thomas Yu and Shabudin with securities fraud and other charges. This criminal action is pending before this Court, and no trial date has been set. The Commission accepted an offer of settlement from defendant Shabudin, and on August 8, 2013, the Court entered final judgment against Shabudin, imposing a civil penalty and issuing a permanent injunction.

Thomas Yu and Thomas Wu have not filed substantive answers to the Commission's complaint. In their answers to the Commission complaint, filed on December 13 and 14, 2011, both defendants stated that they lacked sufficient information to respond to the allegations because they did not have access to relevant documents, and each asserted rights under the Fifth Amendment to the U.S. Constitution and declined to respond to allegations in the Commission's complaint. According to Counsel for Thomas Yu, he will continue to assert his Fifth Amendment privilege at a deposition or trial during the pendency of the criminal proceedings.

Because of the pending criminal case has made it impractical to complete further discovery in the civil case, the parties request that the Court vacate and reset the current deadlines. The parties also seek to continue the trial date in order to permit the parties to conduct discovery and prepare for trial either after the criminal trial schedule has been determined or after the conclusion of the pending criminal case.

A proposed for of order is submitted with this motion.


Dated: February 19, 2014     Respectfully submitted,

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

|  |  |
|---|---|
| 1 | |
| 2 | /s/ Steven M. Bauer |
| 3 | STEVEN M. BAUER<br>Latham & Watkins LLP |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 5 | ATTORNEYS FOR DEFENDANT THOMAS WU |

/s/ Steven M. Bauer
STEVEN M. BAUER
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
ATTORNEYS FOR DEFENDANT THOMAS WU

/s/ Edward Seidel
EDWARD SEIDEL
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111
ATTORNEYS FOR DEFENDANT THOMAS YU

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document has concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and the information submitted with this motion, the Court vacates the trial and discovery deadlines in this case, and sets a CONTINUED CASE MANAGEMENT CONFERENCE for April 25, 2014. The parties shall file an updated Case Management Conference statement at least seven days prior.

IT IS SO ORDERED.

Dated: February 25, 2014

_____
Judge Jeffrey S. White
United States District Court