| | |
|---|---|
| 1 | JINA L. CHOI (New York Bar No. 2699718) |
| 2 | JASON M. HABERMEYER (Cal. Bar No. 226607)<br>habermeyerj@sec.gov |
| 3 | Attorneys for Plaintiff |
| 4 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, 28th Floor |
| 5 | San Francisco, California 94104<br>Telephone: (415) 705-2500 |
| 6 | Facsimile: (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>THOMAS S. WU, et al.,<br><br>        Defendants. | Case No. 4:11-CV-4988 JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br><br>Case Management Conference<br>Date: April 3, 2015<br>Time: 11:00 a.m.<br>Honorable Jeffrey S. White<br>Courtroom 5, 2nd Floor |

This case is set for a Case Management Conference on April 3, 2015. On February 25, 2014, this Court vacated the trial and discovery deadlines in this case until after the conclusion of the pending criminal proceedings against Thomas Yu and Ebrahim Shabudin in this Court.

On October 7, 2014, this Court accepted Defendant Yu's guilty plea in the criminal case. Mr. Yu is scheduled to be sentenced on May 19, 2015. The criminal action against Mr. Shabudin is in progress, and the parties understand that the trial is currently scheduled to continue through the scheduled Case Management Conference on April 3. The parties agree that

1  it will be more efficient and expeditious to hold the next Case Management Conference after the
2  criminal trial against Mr. Shabudin is completed.
3       For the reasons above, the parties jointly request and stipulate that the Case Management
4  Conference in this case be continued to April 24, 2015, or a date convenient for the Court.

6  Dated: March 13, 2015            Respectfully submitted,

8                                        /s/ Jason M. Habermeyer
                                      JASON M. HABERMEYER
9                                        Attorneys for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION

11                                        /s/ Steven M. Bauer
                                      STEVEN M. BAUER
12                                        Latham & Watkins LLP
                                      505 Montgomery Street, Suite 2000
                                      San Francisco, CA 94111
13                                        ATTORNEYS FOR DEFENDANT THOMAS WU

15                                        /s/ Jill Rowe
                                      JILL ROWE
16                                        Cooper, White & Cooper LLP
                                      201 California Street, 17th Floor
                                      San Francisco, CA 94111

19       In accordance with Local Rule 5-1, each of the signatories to this document have
20  concurred in its filing, and I shall maintain records to support these concurrences.

22                                        /s/ Jason M. Habermeyer
                                      JASON M. HABERMEYER
23                                        Attorney for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION

**[PROPOSED]** ORDER

The court HEREBY ORDERS, pursuant to the above stipulation, that the Case Management Conference currently set for April 3, 2015, is continued to April 24, 2015, at 11:00 a.m.

DATED: March 16, 2015

_____
Jeffrey S. White
United States District Judge

SEC v. Wu, et al.
Case No. 11-cv-4988 JSW

3

Stipulation to Continue Case
Management Conference and Order