UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS S. WU, et al.,<br><br>Defendants. | Case No. 11-cv-04988-JSW  (EDL)<br><br>**ORDER REGARDING DEPOSITION OF THOMAS WU** |

This case has been referred to this Court for purposes of discovery. Dkt. No. 84. Having considered the joint letter brief filed by the parties regarding the deposition of Thomas Wu (Dkt. No. 83), this Court Orders that the deposition of Mr. Wu shall proceed as noticed on July 20, 2015 in San Francisco, California. The Court will set forth its reasoning in a separate Order to be issued forthwith.

**IT IS SO ORDERED.**

Dated: July 6, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge