1  LATHAM & WATKINS LLP
      Steven M. Bauer (State Bar No. 135067)
2        steven.bauer@lw.com
      Robert E. Sims (State Bar No. 116680)
3        bob.sims@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6  Attorneys for Defendant
   THOMAS S. WU
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11 | SECURITIES AND EXCHANGE           | CASE NO. 4:11-cv-04988-JSW
   | COMMISSION                        |
12 |                                   | **STIPULATION TO CONTINUE**
   |            Plaintiff,             | **CASE MANAGEMENT CONFERENCE**
13 |                                   | **AND [PROPOSED] ORDER** CONTINUING
   |      v.                           | HEARING ON MOTION
14 |                                   | Case Management Conference
   | THOMAS S. WU, et al.,             | Date:    December 4, 2015
15 |                                   | Time:    9:00 am
   |            Defendants.            | Judge:   The Hon. Jeffrey S. White
16 |                                   | Place:   Courtroom 5, 2nd Floor

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:11-cv-04988-JSW
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

1   WHEREAS a hearing on Plaintiff's Motion for Terminating Sanctions Against Defendant
2  Thomas S. Wu and a Case Management Conference in this action is scheduled for December 4,
3  2015 at 9:00 a.m.;
4   WHEREAS counsel for Defendant will be traveling internationally for an urgent matter
5  during the week of November 30, 2015, and will be unable to return to the United States by
6  December 4, 2015.
7   WHEREAS counsel for Plaintiff has agreed to reschedule the December 4, 2015 Motion
8  Hearing and Case Management Conference to December 11, 2015;
9   IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their
10  respective counsel of record and with the permission of the Court, that the Motion Hearing and
11  Case Management Conference in this action, currently scheduled for December 4, 2015, should
12  be continued, and ask that the Court continue the Motion Hearing and Case Management
13  Conference to December 11, 2015, or as soon thereafter as the Court shall require.

14  Dated:  November 23, 2015                Respectfully submitted,

16                                          /s/ Robert E. Sims
                                            Robert E. Sims
                                            Latham & Watkins LLP
17                                          Attorneys for Defendant
                                            Thomas S. Wu

19  Dated:  November 23, 2015                /s/ Jason M. Habermeyer
                                            Jason M. Habermeyer
20                                          Attorneys for Plaintiff
                                            Securities and Exchange Commission

1

CASE NO. 4:11-cv-04988-JSW
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

**ATTESTATION**

In accordance with Local Rule 5-1, I hereby attest that each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

Dated:  November 23, 2015

/s/ Robert E. Sims
Robert E. Sims
Latham & Watkins LLP
Attorneys for Defendant
Thomas S. Wu

1  **[PROPOSED] ORDER**

2  The court HEREBY ORDERS, pursuant to the above stipulation, that the Motion Hearing
3  and Case Management Conference currently set for December 4, 2015, are continued to
4  December 11, 2015, at 9:00 a.m.

5

6  Dated: November 24, 3015

7  _____
8  Hon. Jeffrey S. White
   United States District Judge